## Ransome *v.* Ransome, Appellant.

Argued December 6, 1973. *David J. Ackerman,* with him *White and Williams,* for appellant; *Cecil Maidman,* Assistant Attorney General, with him *Michael von Moschzisker,* Deputy Attorney General, and *Israel Packel,* Attorney General, for appellee.

Order affirmed.

SPAULDING, J., absent.

## Rohlfs *v.* Rohlfs, Appellant.

Argued December 5, 1973. *Anthony J. McNulty,* for appellant; *Henry B. Fitzpatrick, Jr.,* with him *Liebert, Short, Fitzpatrick and Lavin,* for appellee.

OPINION PER CURIAM: Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

SPAULDING, J., absent.